**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. HOWARD C. PLATT TRUST, Wells Fargo Bank & Union Trust Co., Trustee, Respondent.**

**SAME v. ESTATE of E. B. F. TIBBITS, Dec'd, James A. Folger & Robert W. Miller, Ex'rs, Respondent.**

**SAME v. J. A. FOLGER, Respondent.**

SAME v. Peter Folger, Respondent.

SAME v. JOHN M. & Edith P. CUNNINGHAM TRUST, J. A. Folger & Peter Folger, Trustees, Respondent.

SAME v. ESTATE of C. E. L. FOLGER, Dec'd, J. A. Folger & Peter Folger, Ex'rs, Respondent.

SAME v. Evelyn C. DONOHOE, Respondent.

SAME v. ELIZABETH MOFFITT FOLGER TRUST, American Trust Company and Robert Watt Miller, Trustees, Respondent.

SAME v. Gladys Platt PENDLETON, Respondent.

SAME v. Genevieve C. KENT, Respondent.

Nos. 11296–11305.

Circuit Court of Apepals, Ninth Circuit.

April 16, 1946.

Sewall Key, Acting Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, B. I. R., of Washington, D. C., for petitioner.

Oscar Samuels and Tevis Jacobs, both of San Francisco, Cal., for respondent Howard C. Platt Trust.

Marshall P. Madison, Sigvald Nielson, and Harry R. Harrow, all of San Francisco, Cal., for respondents Estate of E. B. F. Tibbits and Elizabeth Moffitt Folger Trust.

Howard J. Finn, Theodore R. Meyer, and Robert H. Walker, all of San Francisco, Cal., for respondents J. A. Folger, Peter Folger, John M. & Edith P. Cunningham Trust, Estate of C. E. L. Folger, deceased, and Gladys Platt Pendleton.

Walter C. Fox, Jr., of San Francisco, Cal., for respondent Evelyn C. Donohoe and Genevieve C. Kent.

Before GARRECHT, DENMAN, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulations of counsel for respective parties, filed in each of above causes, for dismissal of the petition for review in each cause, and good cause therefor appearing, it is ordered that the petition for review in each of above causes be dismissed, that a judgment be filed in each cause and recorded in the minutes of this Court accordingly, and that the mandate of this Court in each cause issue forthwith.